**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 13, 2020

**BY ECF**
Judge Victor Marrero
United States District Court
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: November 16, 2020

Re:   *United States v. Brian Johnson*
      19 CR 316 (VM)

Honorable Judge Marrero:

    I write on behalf of Brian Johnson to respectfully request that the Court authorize Mr. Johnson to attend his family's Thanksgiving celebration, to be held at the home of Mr. Johnson's sister in Greensboro, North Carolina, a tripe expected to take approximately three days. I have discussed this request with Assistant United States Attorney Jacob Fiddelman, who, on behalf of the Government, does not object. I have also discussed this request with United States Probation Officer Michael Imrek. The Probation Department does not take a position on travel requests, but Officer Imrek confirms that Mr. Johnson is compliant with the terms of his Supervised Release.

    Should the Court grant this request, Mr. Johnson would provide the specific addresses and contact information of the family members with whom he will stay while in North Carolina, as well as the dates and routes of travel, to United States Probation Officer Imrek.

    Thank you for considering this request.

Respectfully submitted,

/s/ Christopher Flood
Christopher Flood
Assistant Federal Defender
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY 10007
212-417-8734

Request **GRANTED**.
The above-mentioned trip is hereby permitted.

SO ORDERED.
November 16, 2020
DATE
VICTOR MARRERO, U.S.D.J.

Cc:   AUSA Jacob Fiddleman