USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/19/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

           - against -

BRIAN JOHNSON,

                    Defendant.

**19 CR 316 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Defendant Brian Johnson ("Johnson") pleaded guilty to one count of being a felon in possession of a firearm in violation of 18 U.S.C. Section 922(g)(1). On October 25, 2019, the Court sentenced Johnson to five years of probation with two conditions: eighteen months of intermittent confinement in a community reentry facility and three years of home confinement. Today, Johnson has served nearly four years of his five-year term.

    By letter dated July 12, 2023, Johnson requested early termination of his probation. (See Dkt. No. 36.) On July 17, 2023, the Government filed its response to Johnson's request, indicating that it did not oppose early termination of supervision but requesting that the Court maintain Johnson on unsupervised probation for the final year of his sentence subject to the requirement that he not commit a new federal, state, or local crime. (See Dkt. No. 38.) The letter further

noted that the Probation Office endorsed the Government's proposal. (See id. at 1.) On July 18, 2023, Johnson submitted a letter via email, indicating his opposition to the Government's proposal.

Upon review of the parties' respective positions on the matter, the Court hereby grants Johnson's request for an early termination of probation, with the modification proposed by the Government. Accordingly, it is hereby

**ORDERED** that the motion (see Dkt. No. 36) of defendant Brian Johnson ("Johnson") for early termination of his probation is **GRANTED** with the modification that the final year of Johnson's sentence be converted to unsupervised probation subject to the requirement that he not commit a new federal, state, or local crime. The Clerk of Court is respectfully directed to terminate any pending motions.

**SO ORDERED.**

Dated:    19 July 2023
         New York, New York

_____
Victor Marrero
U.S.D.J.