USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 27 August 2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

BRIAN JOHNSON,

                Defendant.

**19 Cr. 316 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    A VOSR proceeding in the above-captioned matter is hereby scheduled for September 27, 2024, at 3:30 p.m.

**SO ORDERED.**

Dated:    27 August 2024
             New York, New York

_____
Victor Marrero
U.S.D.J.

1