**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

              - against -

BRIAN JOHNSON,

              Defendant.

**19 Cr. 316(VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The VOSR proceeding in the above-captioned matter scheduled for September 27, 2024, at 3:30pm is hereby adjourned until October 18, 2024, at 9:30am.

**SO ORDERED.**

Dated:    September 26, 2024
            New York, New York

                                                      Victor Marrero
                                                      U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/26/2024