USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

    - against -

BRIAN JOHNSON,

       Defendants.

**19-cr-0316 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

  Whereas the Defendant's term of supervision will expire on October 24, 2024, and for the reasons given at the October 18, 2024, status conference on Defendant's alleged violations of supervised release, the Court hereby imposes the standard conditions of supervised release and the first special condition of supervised release relating to searches (see Dkt. No. 24) on the Defendant pending the resolution of the alleged violations of supervised release.

**SO ORDERED.**

Dated:  October 18, 2024
     New York, New York

                 Victor Marrero
                 U.S.D.J.